NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL STAPLETON ASSOCIATES, LTD.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, AMERICAN K-9 DETECTION SERVICES, LLC,**

*Defendants-Appellees*

-----------------------------------------------------

**GLOBAL K9 PROTECTION GROUP, LLC,**

*Plaintiff*

**v.**

**UNITED STATES,**

*Defendant*

-----------------------------------------------------

**AMERICAN K-9 DETECTION SERVICES, LLC,**
*Plaintiff*

**v.**

**UNITED STATES,**
*Defendant*

_____

2023-1145

_____

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00573-RTH, 1:22-cv-00620-RTH, 1:22-cv-00630-RTH, Judge Ryan T. Holte.

_____

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

January 5, 2023
    Date                    /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court


**ISSUED AS A MANDATE:** January 5, 2023